IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN M. GERA,
         **Plaintiff**

    v.

BOROUGH OF FRACKVILLE,
MARK SEMANCHIK, RICHARD
BELL, DEVIN BUCCIERI, and
BRENDA DEETER,
         **Defendants**

No. 3:20cv469

(Judge Munley)

### ORDER

**AND NOW**, to wit, this ____ day of June 2024, it is hereby **ORDERED** as follows:

1) Magistrate Karoline Mehalchick's Report and Recommendation dated June 12, 2023 (Doc. 55) is hereby **ADOPTED**;

2) The plaintiff's objection (Doc. 56) is **OVERRULED**;

3) The plaintiff's motion for reconsideration (Doc. 50) is **DENIED**; and

4) Plaintiff is granted thirty (30) days from the date of this order to file an amended complaint comporting with the requirements set forth in the Report and Recommendation of February 6, 2023. Failure to do so will result in the dismissal of this case with prejudice.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court