IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN M. GERA,
        Plaintiff

    v.

BOROUGH OF FRACKVILLE,
MARK SEMANCHIK, RICHARD
BELL, DEVIN BUCCIERI, and
BRENDA DEETER,
        Defendants

No. 3:20cv469

(Judge Munley)

(Magistrate Judge Carlson)

## ORDER

**AND NOW**, to wit, this 19th day of March 2025, it is hereby **ORDERED** as follows:

1) Plaintiff's objections (Doc. 70) to Magistrate Judge Carlson's Report and Recommendation of October 7, 2024, are hereby **OVERRULED**;

2) The Report and Recommendation (Doc. 69) is **ADOPTED**;

3) The plaintiff's motion for summary judgment (Doc. 65) is **DENIED**;

4) The defendants' motion to dismiss (Doc. 63) is **GRANTED** and this case is **DISMISSED** with prejudice; and

5) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court